

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2019

No. 04-19-00238-CV

**PREMIEANT INCORPORATED** d/b/a Premieant,
Appellant

v.

Constance **SNOWDEN**, as next Friend and Legal Guardian of Annette Snowden, an
incapacitated Person,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI14231
Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

The Appellant's Unopposed Motion for Leave to File Amended Brief is GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 17th day of June, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court